**United States District Court**

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

REDACTED

v.

Criminal Complaint 06- **116 M**

JAIME PACHECO-ALVARADO

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __October 6, 2006__ , in __New Castle__ County, in the District of __Delaware__ , the defendant, Jaime Pacheco-Alvarado:

was found in the United States, having illegally re-entered the United States after being deported to Mexico in 2004, and, prior to his reembarkation at a place outside of the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's applying for readmission,

in violation of Title _____ 8 _____ United States Code, Section(s) __1326(a) and (b)(2)__

I further state that I am a __Special Agent, ICE__ and that this complaint is based on the following facts:
                                Official Title

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

Signature of Complainant
William O. Horn
Special Agent
Immigration and Customs Enforcement (ICE)

Sworn to before me and subscribed in my presence,

October 10, 2006                          at      Wilmington, DE
Date                                                City and State

The Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                 Signature of Judicial Officer

## AFFIDAVIT

I, WILLIAM O. HORN, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, when the INS employed me. The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March, 2003.

2. This investigation is based upon information provided by INS/ICE records, National Crime Information Center (NCIC), Law Enforcement Support Center (LESC), FBI records, and my own observations and interviews.

3. On or about October 6, 2006, the ICE/RAC Wilmington office received notification from the New Castle County, Delaware Police Department advising that Jaime PACHECO-Alvarado, born 1976, in Mexico, had been arrested fighting with another individual. Database and photographic record checks with ICE databases and NCIC affirmed that Jaime PACHECO-Alvarado was previously removed from the United States.

4. On October 6, 2006, your affiant interviewed the subject at the New Castle County Police Department in New Castle, Delaware. The subject stated that his true and correct name is Jaime PACHECO-Alvarado and that he was born on· 1976, in Mexico. He further stated that he last entered into the United States illegally without inspection by an immigration officer on or about June 14, 2005 at or near Eagle Pass, Texas.

5. Your affiant has reviewed INS/ICE alien database records that indicate that Jaime PACHECO-Alvarado, born 1976, was removed from the United States on March 23, 2004, from Hidalgo, Texas to Mexico, subsequent to a conviction for commission of an aggravated felony, namely, two drug-related offenses – possession with intent to deliver a narcotic, Schedule II controlled substance and maintaining a dwelling for keeping controlled substances.

6. Your affiant queried the subject's fingerprints in ICE's Integrated Automated Fingerprint Identification System. The results of that query showed that the fingerprints belonged to Jaime PACHECO-Alvarado, who had been deported on the occasion cited above. The FBI database found that the fingerprints submitted matched FBI # 548713AC7, in the name of Jaime PACHECO-Alvarado.

7. When your affiant interviewed Jaime PACHECO-Alvarado on October 6, 2006, he admitted that he was previously removed from the United States. The subject also stated that he last entered into the United States illegally on or about June 14, 2005, without inspection or parole by an immigration officer and without permission from any authorized government official.

WHEREFORE, your affiant avers that there is probable cause to believe that Jaime PACHECO-Alvarado, a citizen and national of Mexico, was removed by ICE to Mexico on March 23, 2004; that he subsequently reentered the United States and, prior to his reembarkation at a place outside the

United States, neither the Undersecretary for Border and Transportation Security, Department of Homeland Security nor the Attorney General of the United States had expressly consented to such alien's reapplying for admission; that his removal was subsequent to a conviction for commission of an aggravated felony; and, therefore, that he has violated Title 8, United States Code, Sections 1326(a) and (b)(2).

William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement

Sworn to and subscribed before
me this __10__ day of October 2006.

The Honorable Mary Pat Thynge
United States Magistrate Judge for the
District of Delaware