IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-112-SLR |
| | ) |
| JAIME PACHECO-ALVARADO, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 8th day of December, 2006,

IT IS ORDERED that a telephone conference is scheduled for **Thursday, December 21, 2006** at **10:30 a.m.**, with the court initiating said call.

_____
United States District Judge