IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-112 (SLR) |
| JAIME PACHECO-ALVARADO, | : |
| Defendant. | : |

## MOTION TO CONTINUE SENTENCING

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to continue sentencing in the above-captioned case from April 19, 2007, at 4:30 p.m., at which time it is currently scheduled, to May 24, 2007. In support thereof, the government states as follows:

New issues have come to light that are relevant to sentencing and require additional development prior to the sentencing hearing. Counsel for the Government has consulted with counsel for the defendant, Christopher S. Koyste, who indicated that he does not oppose this motion and would join in the Government's request.

**WHEREFORE,** the Government respectfully requests that the Court continue sentencing until May 24, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: ___/s/_____
Sophie E. Bryan
Assistant United States Attorney

Dated: March 23, 2007

**IT IS SO ORDERED** this _____ day of _____, 2007.

                                                                           _____
                                                                           The Honorable Sue L. Robinson
                                                                           Chief United States District Judge
                                                                           United States District Court
                                                                           District of Delaware

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-112 (SLR) |
| JAIME PACHECO-ALVARADO, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 23rd of March 2007, I caused to be filed electronically the foregoing Motion with the Clerk of the Court using CM/ECF, which will be available for public viewing and downloading. I further certify that a copy of the foregoing notice was served electronically on counsel of record as follows:

Christopher S. Koyste, Esquire
Office of the Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

/s/
Sophie E. Bryan
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
sophie.bryan@usdoj.gov