# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-112 (SLR) |
| JAIME PACHECO-ALVARADO, | : |
| Defendant. | : |

## MOTION TO CONTINUE SENTENCING

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to continue sentencing in the above-captioned case from April 19, 2007, at 4:30 p.m., at which time it is currently scheduled, to May 24, 2007. In support thereof, the government states as follows:

New issues have come to light that are relevant to sentencing and require additional development prior to the sentencing hearing. Counsel for the Government has consulted with counsel for the defendant, Christopher S. Koyste, who indicated that he does not oppose this motion and would join in the Government's request.

**WHEREFORE,** the Government respectfully requests that the Court continue sentencing until May 24, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: ___/s/_____
Sophie E. Bryan
Assistant United States Attorney

Dated: March 23, 2007

IT IS SO ORDERED this __23d__ day of __March__, 2007.

_____
The Honorable Sue L. Robinson
Chief United States District Judge
United States District Court
District of Delaware