IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-112-1-SLR |
| JAIME PACHECO-ALVARADO, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 10th day of May, 2007,

IT IS ORDERED that the sentencing of defendant scheduled for **Thursday, May 24, 2007 at 4:30 p.m.** is **cancelled** and will be rescheduled at a later date, after conferring with counsel.

_____
United States District Judge