IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-112 |
| | ) | |
| JAIME PACHECO-ALVARADO, | ) | |
| | ) | |
| Defendant. | ) | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Sophie H. Bryan, Assistant U.S. Attorney, as attorney of record for the United States and enter the appearance of Douglas E. McCann, Assistant U.S. Attorney, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Douglas E. McCann_
Douglas E. McCann
Assistant United States Attorney

Dated: May 22, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>                        Plaintiff,            )<br>                                                           )<br>           v.                                             )           Criminal Action No. 06-112<br>                                                           )<br>JAIME PACHECO-ALVARADO,      )<br>                                                           )<br>                        Defendant.         ) | |

## CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 22nd day of May, 2007, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

Christopher Koyste, Esquire
Assistant Federal Public Defender
Federal Public Defender's Office
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801

*Marie Steel*
Marie Steel
Legal Assistant