IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-112-SLR |
| | ) | |
| JAIME PACHECO-ALVARADO, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Douglas E. McCann, Assistant United States Attorney, as attorney of record for the United States, and enter the appearance of Christopher J. Burke, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY:   /s/ Christopher J. Burke
        Christopher J. Burke
        Assistant United States Attorney
        Nemours Building, Suite 700
        1007 Orange Street
        P.O. Box 2046
        Wilmington, DE 19899-2046
        302-573-6277, x142

Dated: June 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-112-SLR |
| | ) | |
| JAIME PACHECO-ALVARADO, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 13th day of June 2007, I caused to be filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent electronically via the ECF system to counsel of record as follows:

Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

          /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney